CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| JAMES DENSON,<br>    Petitioner, | )<br>)<br>)   Civil Action No. 7:06-cv-00193 |
| v. | )<br>)   **FINAL ORDER** |
| BRIAN A. BLEDSOE, WARDEN<br>    Respondent | )<br>)<br>)<br>)   By: Hon. James C. Turk<br>)   Senior United States District Court Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED** that the respondent's motion to dismiss is **GRANTED.**

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to the petitioner. The Clerk is also instructed to strike this case from the Court's active docket.

ENTER:    This 29th day of September, 2006.

                                       /s/ James C. Turk
                                       Senior United States District Judge